PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSTY RENDON, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REGENERON PHARMACEUTICALS, INC., a New York corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-03351-JLS-E<br>Judge: Hon. Josephine L. Staton<br>Courtroom: 8A<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Rusty
2 | Rendon dismisses with prejudice this action against Regeneron Pharmaceuticals, Inc.
3 | Defendant has not yet filed or served an answer to Plaintiff's Complaint, nor filed a
4 | motion for summary judgment.

Dated: October 19, 2022           PACIFIC TRIAL ATTORNEYS

                                  By: /s/ Scott J. Ferrell
                                      Scott J. Ferrell
                                      Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2022, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.